Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARIA BANDASSI, Widow, on Behalf of Herself and Minor Children, Respondent, on Account of the Death of POMPEO BANDASSI, Deceased, v. CHARLES P. MOLLA and AMEDEO ARRIGONI, Copartners Doing Business as ARTIFICIAL FLOWER TOOL COMPANY, Employers, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADIRONDACK POWER AND LIGHT CORPORATION, Relator, v. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, CITY OF SCHENECTADY and VILLAGE OF SCOTIA, Respondents.— Motion for leave to appeal to Court of Appeals granted, and stay continued.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK E. DAWLEY, Individually and as President of the AMERICAN KARAKUL FUR SHEEP CO., INC., Relator, v. CHARLES S. WILSON, Commissioner of the Division of Agriculture of the Department of Farms and Markets of the State of New York, and Others, Defendants.— Order resettled by striking therefrom the words " upon the record made." Kiley, J., dissents; Hinman, J., not sitting. [See 200 App. Div. 537.]

ROCKAWAY-PACIFIC CORPORATION, Respondent, v. THE STATE OF NEW YORK, Appellant. THE CITY OF NEW YORK, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion denied, with ten dollars costs.

JENNIE SHERLOCK, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. Leave to appeal to the Court of Appeals granted.

JAMES B. SIPE & COMPANY, Respondent, v. MANSFIELD PAINT CO., INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements, on the opinion in *Eagle-Picher Lead Co.* v. *Mansfield Paint Co., Inc.,* decided herewith. [See 201 App. Div. 223.]

ROBERT G. BOWER, Appellant, v. JANE F. BOWER, Respondent.— Orders unanimously affirmed, with ten dollars costs and disbursements.

HOWARD C. BRIGGS, Respondent, v. CHARLES A. ELSBERG, Appellant.— Order reversed and motion granted, with ten dollars costs and disbursements to abide the event. All concur, except Cochrane, P. J., dissenting on the ground that there was an agreement between the attorneys that the case should be tried at the May term in Warren county.

HARRY R. BURGESS, Plaintiff, v. SYRACUSE VAPOR HEAT MANUFACTURING COMPANY, INC., and WESLEY O. PADDOCK, Defendants.— Motion granted, with ten dollars costs.

ROSA CALLI, Respondent, v. OLINTO SORCI and MARIETTA SORCI, Appellants.— Motion granted, unless by the 10th of August, 1922, the appellants print and serve their papers on appeal and pay ten dollars costs, in which event the motion is denied.